No. 1532, Misc. MILLER *v.* SIGLER, WARDEN. C. A. 8th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉▉▉

No. 1534, Misc. FRYE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States. ▉▉▉▉▉▉

No. 1536, Misc. PILLOWS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1537, Misc. GAERTNER *v.* BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 1538, Misc. CAMPBELL *v.* KROPP, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 1540, Misc. SIMS *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *W. Edward Morgan* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *Gary K. Nelson,* Assistant Attorney General, for respondent. ▉▉▉▉▉▉▉▉▉▉

No. 1543, Misc. MACFADDEN *v.* OLIVER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1547, Misc. BARNETT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▉▉▉▉▉▉

No. 1550, Misc. HUGHES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.